IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT S. MARTINEZ,

      Plaintiff,                     No. CIV S-10-1485 WBS GGH P

      vs.

YOLANDA RODRIGUEZ,

      Defendant.                 <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 15, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 8, 2010 motion for an extension of time (Docket No. 16) is granted; and

        2. Plaintiff is granted twenty-eight days from the date of this order in which to file an amended complaint.

DATED: October 18, 2010

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:mp; mart1485.36